# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### (609) 989-2040

CHAMBERS OF
**TONIANNE J. BONGIOVANNI**
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
402 E. STATE STREET, RM 6052
TRENTON, NJ 08608

November 29, 2018

## LETTER ORDER

**Re:** **Gilead Sciences, Inc., et al. v. Teva Pharmaceuticals USA, Inc.**
**Civil Action No. 18-4273 (PGS)**

Dear Counsel:

Pursuant to the parties' request, all litigation deadlines are stayed for 60 days. The telephone conference scheduled for January 29, 2019 is cancelled in this matter. The parties are directed to provide the Court with a written status update no later than **January 25, 2019**.

**IT IS SO ORDERED.**

        s/ Tonianne J. Bongiovanni
**TONIANNE J. BONGIOVANNI**
**United States Magistrate Judge**