```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
                        Minutes of Proceeding
```

OFFICE:   Trenton

JUDGE: Peter G. Sheridan                    Date: January 17, 2019

Court Reporter: Frank Gable

TITLE OF CASE:                              CIVIL 18-4273 (PGS)
GILEAD SCIENCES, INC., et al
        vs.
Teva Pharmaceutical USA, Inc.

APPEARANCES:

NATURE OF PROCEEDINGS:
See record for list of appearance.

TELEPHONE CONFERENCE HELD.


TIME COMMENCED:   3:30 p.m.
TIME ADJOURNED:   3:40 p.m.
TOTAL TIME:       0:10
                                     Dolores J. Hicks
                                     Deputy Clerk